**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Tomas Moreno,            )<br>            )<br>     Plaintiff,      )<br>            )<br>vs.            )<br>            )<br>James A. Yates, et al.,      )<br>            )<br>     Defendants.     )<br>_____) | No. 1:07-CV-01404-DGC<br><br>**ORDER** |

Defendants have filed a motion for summary judgment. Dkt. #24. Defendants have also filed a motion to vacate the discovery deadline until after the Court rules on the motion for summary judgment. Dkt. #25. Plaintiff has filed a motion opposing Defendants' motion to vacate the discovery deadline and requesting that the Court reopen the discovery period. Dkt. #26. Plaintiff has also filed a motion for an extension of time to respond to Defendants' motion for summary judgment and again seeking to reopen the discovery period. Dkt. #27. Defendants oppose Plaintiff's motion to reopen the discovery period. Dkt. #28. The Court will grant Plaintiff's motion to reopen the discovery period, grant Plaintiff additional time to respond to Defendant's motion for summary judgment, and deny Defendants' motion to vacate the discovery deadline.

Plaintiff states that he was unaware that the Court had opened the discovery period in this case. The Court set the time for discovery in its August 19, 2008 order. Dkt. #19. The order establishes April 13, 2009 as the deadline for completion of discovery. *Id.* The docket also notes that Plaintiff was served a copy of this order by mail. Plaintiff asserts that he did not receive the order.

1    Plaintiff states that Defendants' contacted him with discovery requests on January 20,
2 2009. Dkt. #26 at 5, 18.  Because Plaintiff was still waiting for the Court to establish the
3 discovery period by order, Plaintiff wrote a letter to the clerk on January 21, 2009 asking
4 whether the Court had issued an order opening the discovery period. Dkt. #26 at 16-17.  A
5 form response was sent to Plaintiff on January 26, 2009, stating that Plaintiff will receive all
6 court decisions which might affect the status of his case so long as his address is kept current
7 with the court and that the clerk cannot give legal advice. *Id.* at 14-15.  To this date,
8 Plaintiff has not received a copy of the August 19, 2008 order.

9    In the interest of justice, the Court will grant the parties an additional 120 days to
10 conduct discovery.  The parties shall have until **October 16, 2009** to complete discovery.
11 Defendants' motion for summary judgment is denied without prejudice.  Defendants may
12 refile the motion after the completion of discovery.  The parties are advised that the Court
13 will not extend the discovery period, and Defendants are advised that they will not be
14 permitted to depose Plaintiff after the Court has ruled on their renewed motion for summary
15 judgment.  That deposition must occur, if at all, during the extended discovery period.

16    **IT IS ORDERED:**

17    1.   Plaintiff's motion opposing Defendants' motion to vacate the discovery
18         deadline (Dkt. #26), motion for extension of time (Dkt. #27), and Defendants'
19         motion to vacate (Dkt. #25) are **granted** as set forth in this order. The parties
20         shall have until **October 16, 2009** to conduct discovery.

21    2.   Defendant's motion for summary judgment (Dkt. #24) is **denied without**
22         **prejudice**.

23    DATED this 19th day of June, 2009.

David G. Campbell
United States District Judge